*Messrs. McCormick & Russell*, for Respondent.

---

No. 3,884.—HELENA ADJUSTMENT CO., Respondent, *v.* ANNA E. NETT, Appellant.

*Appeal from District Court, Lewis and Clark County; John A. Matthews, Judge Presiding.*

Decided September 23, 1920.

PER CURIAM.—Pursuant to praecipe, the appeal in the above-entitled cause is dismissed.

*Mr. W. D. Rankin*, for Appellant.

*Mr. H. S. Hepner* and *Messrs. Galen & Mettler*, for Respondent.